THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jamie Lynn Horne Burnette and Corey Ross Martin,
Defendants,

Of whom Jamie Lynn Horne Burnette is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-001785

———————————

Appeal From Spartanburg County
James F. Fraley, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-108
Submitted March 7, 2019 – Filed March 14, 2019

———————————

**AFFIRMED**

———————————

Shawn M. Campbell, of Campbell Law Offices, of
Spartanburg, for Appellant.

Kathryn J. Walsh, of McIlveen Family Law Firm, of
Greenville, for Respondent.

Jacqueline Alicia Moss, of Law Firm of Jacqueline Moss, of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:**  Jamie Lynn Horne Burnette appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Burnette's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.